Timothy W. Durkop, # 22985
Durkop Law Office
606 S. Pines Road
Spokane Valley, WA 99206
(509) 928-3848
FAX (509) 921-7699

HONORABLE LONNY R. SUKO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

FANO, INC., a Washington corporation,

    Plaintiff,

vs.

T.D. Escrow Services Inc., DBA T.D. Service Company; TD Service Company; Law Offices of Steven J. Melmet Inc., "THE ALLIANCE"; Kimberly Coonradt and John Doe Coonradt, husband and wife; Fairbanks Capital Corp.; Select Portfolio Servicing, Inc.; Bank of New York, as Trustee for the holders of the EQCC Asset Backed Certificates, Series 2001-2; Susan Earnest and John Doe Earnest, husband and wife.

    Defendants.

Case No:   CV-05-0337-LRS

TEMPORARY RESTRAINING ORDER AND ORDER TO DEPOSIT MONIES INTO THE REGISTRY OF THE COURT

**BASIS**

PLAINTIFF moved the Court for a Temporary Restraining Order restraining the trustee's sale scheduled for November 4, 2005 and for an Order directing payment of

Restraining Order - 1

1 | the monthly payment on the underlying obligation to the Clerk of the Court pursuant to
2 | RCW 61.24.130. The trustee, TD Escrow Services, Inc. agrees to the entry of such an
3 | order. Now therefore the court makes the following:
4 |
5 | **FINDING**
6 | After reviewing the case record to date, the complaint, the Plaintiff's Motion for a
7 | Temporary Restraining Order, Declaration of Marco T. Barbanti in Support of the
8 | Motion, and the Memorandum in Support of the Motion, the Court finds that good cause
9 | exists to issue the Temporary Restraining Order as provided in RCW 61.24.130
10 | conditioned upon Plaintiff paying to the Clerk of the Court the sum of $419.89 per
11 | month. The Court also finds that the equity in the subject property is sufficient to secure
12 | any other costs incurred by the Defendants as a result of the entry of this Order.
13 |
14 | **ORDER**
15 | IT IS ORDERED that the trustee's sale scheduled for November 4, 2005 for the
16 | property which is the subject of this lawsuit is restrained and no sale may be scheduled
17 | until further Order of this Court. Plaintiff shall pay the sum of $419.89 per month to the
18 | Clerk of the Court commencing with the month of November, 2005 and continuing until
19 | further Order of this Court. Said payment shall be made no later than the 7th day of each
20 | month it is due.
21 |
22 | Done in open Court this 3 day of November, 2005.
23 |                                        s/Lonny R. Suko
24 |                                        ───────────────────────────────
                                           Honorable Lonny R. Suko
                                           United States District Court Judge
25 |

Restraining Order - 2

1  Presented by:
2  
   Timothy W. Durkop 22985
3  Attorney for the Plaintiff
4  
   Approved for entry
5  Notice of presentment waived:
6  
   David Leen, WSBA 3516
7  Attorney for Defendant
   TD Escrow Services Inc.
8  Application to Eastern District Pending
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Restraining Order - 3