UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FANO, INC., a Washington corporation,<br><br>             Plaintiff,<br><br>     -vs-<br><br>T.D. Escrow Services Inc., DBA T.D. Service Company; TD Service Company; Law Offices of Steven J. Melmet Inc., "THE ALLIANCE"; Kimberly Coonradt and John Doe Coonradt, husband and wife; Fairbanks Capital Corp.; Select Portfolio Servicing, Inc.; Bank of New York, as Trustee for the holders of the EQCC Asset Backed Certificates, Series 2001-2; Susan Earnest and John Doe Earnest, husband and wife.<br><br>             Defendants. | NO.  CV-05-0337-LRS<br><br>ORDER OF DISMISSAL |

Pursuant to Ct. Rec. 24 entered on February 2, 2007 and having received no further motions from either party, this case is **dismissed without prejudice.** Any money in the registry of the Court, including interest accrued, shall be returned to Plaintiff.

///

///

///

ORDER OF DISMISSAL - 1

1  IT IS SO ORDERED.

2  The District Court Executive is directed to file this Order, provide
3  copies to counsel, and **CLOSE THIS FILE**.

4  **DATED** this 28th day of February, 2007.

                                    *s/Lonny R. Suko*
                              _____
                                    LONNY R. SUKO
                              UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2